UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON


UNITED STATES OF AMERICA

v.                          CRIMINAL ACTION NO. 2:08-00112

ISAIAH WHITE


SUPERVISED RELEASE REVOCATION AND JUDGMENT ORDER
MEMORANDUM OPINION AND ORDER


On September 4, 2014, the United States of America appeared by Monica D. Coleman, Assistant United States Attorney, and the defendant, Isaiah White, appeared in person and by his counsel, Tim C. Carrico, for a hearing on the petition on supervised release submitted by United States Probation Officer Justin L. Gibson.  The defendant commenced a five-year term of supervised release in this action on July 19, 2013, as more fully set forth in the Judgment Including Sentence Under the Sentencing Reform Act entered by the court on December 8, 2008.

The court heard the admissions of the defendant and the representations and argument of counsel.

For reasons noted on the record of this proceeding, which are ORDERED incorporated herein by reference, the court found that the defendant has violated the conditions of supervised release in the following respects:  (1) the defendant committed the state offenses of first degree robbery and malicious wounding on January 12, 2014, as evidenced by his guilty plea on August 28, 2014, in the Circuit Court of Kanawha County, West Virginia, at which time he was in possession of a .25 caliber semi-automatic handgun, in violation of the standard condition that he not possess a firearm; and (2) the defendant used and possessed marijuana as evidenced by positive urine specimens submitted by him on July 22 and October 23, 2013, and his admission to the probation officer on November 1, 2013, that he had used marijuana within the past few days; all as admitted by the defendant on the record of the hearing and as set forth in the petition on supervised release.

And the court finding, as more fully set forth on the record of the hearing, that the violations warrant revocation of supervised release and, further, that it would unduly depreciate the seriousness of the violations if supervised release were not revoked, it is ORDERED that the supervised release previously

2

imposed upon the defendant in this action be, and it hereby is, revoked.

And the court having complied with the requirements of Rule 32(a)(1)(B) and (C) of the Federal Rules of Criminal Procedure, and finding, after considering the factors set forth in 18 U.S.C. § 3583(e), that the defendant should be confined to the extent set forth below, it is accordingly ORDERED that the defendant be, and he hereby is, committed to the custody of the United States Bureau of Prisons for imprisonment for a period of FORTY-SIX (46) MONTHS on Count Three and a period of THIRTY (30) MONTHS on Count One, to run concurrently, to be followed by a fourteen (14) month term of supervised release on Count Three and a thirty (30) month term of supervised release on Count One, to run concurrently, upon the standard conditions of supervised release now in effect in this district by order entered June 22, 2007, and the further condition that the defendant not commit another federal, state or local crime.

The defendant was remanded to the custody of the United States Marshal.

Recommendation:  The court recommends that the defendant remain in the Charleston area until after October 2, 2014.

The Clerk is directed to forward copies of this written opinion and order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED:   September 24, 2014

John T. Copenhaver, Jr.
United States District Judge

4